UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 1 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IBRAHIM AHMED MAHMOUD )
AL QOSI, )
)
)
Petitioner, )
)
v. )  Civil Action No. 04-cv-1937 (PLF)
)
BARACK H. OBAMA, )
President of the United States, *et al.*, )
)
Respondents. )
)

## ORDER

The Court, having fully considered the Respondents' Motion for Extension of Time to File an Unclassified Return, pursuant to I.C of the Amended Case Management Order, and the opposition, if any,

**ORDERS** that the Motion be **GRANTED**.

Respondents shall have through and including May 11, 2009, to file an Unclassified Factual Return, pursuant to the Court's Order of December 16, 2008.

IT IS SO **ORDERED**, this **20** day of _____, 2009.

_____
PAUL L. FRIEDMAN
United States District Judge